# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>COURTNEY LEMIRE, individually and as successor trustee of the Ghassen Chafizadeh Trust, and MOUNT SINAI HOSPITAL ICAHN SCHOOL OF MEDICINE,<br><br>    Defendants. | Case No.  2:15-cv-00381-RFB-GWF<br><br>**ORDER** |

    This matter is before the Court on the Notice of Settlement (#5) filed May 18, 2015, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement.  To date the parties have not filed dismissal papers.  Accordingly,

    **IT IS ORDERED** counsel for the parties shall file a status report  by **September 3, 2015** advising the Court of the status of the settlement.

    DATED this 24th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge